```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JENNIFER MOORE; SAMANTHA RYS; and      :
LAURIE MARTINS,                         :
                    Plaintiffs,         :       ORDER OF DISMISSAL
v.                                      :
                                        :       23 CV 2528 (VB)
COUNTY OF ORANGE,                       :
                    Defendant.          :
--------------------------------------------------------------x
```

The Court has been advised the parties reached a settlement in this case. (Doc. #22). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than April 15, 2024. To be clear, any application to restore the action must be filed by April 15, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other court appearances, including the scheduled trial, are cancelled. Any pending motions are moot.

The Clerk is instructed to close the case.

Dated: March 15, 2024
       White Plains, NY

SO ORDERED:

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti
United States District Judge